AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:18-cv-133

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Transamerica Occidental Life Insurance
was received by me on *(date)* 6-27-18 .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kurt Hadley, So Council , who is
designated by law to accept service of process on behalf of *(name of organization)* Transamerica
Occidental Life Insurance Co. on *(date)* 6-27-18 ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ 30⁰⁰ for services, for a total of $ 3 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-28-18 _____
*B Brandt*
Server's signature

Barry Brandt Process Service
Printed name and title

223 Stoney Point Road SW
Cedar Rapids Ia 52404
Server's address

Additional information regarding attempted service, etc:

Print       Save As...                    Reset